1  MORGAN & FINNEGAN, LLP
   George Tacticos (Bar No. 60089)
2  gtacticos@morganfinnegan.com
   44 Montgomery Street, Suite 2550
3  San Francisco, California 94104
   Telephone: 415-318-8800
4  Facsimile:  415-676-5816

5  Attorneys for Defendant
   FINISAR CORPORATION

6

7

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12

13  COMCAST CABLE COMMUNICATIONS  )   Case No. C 06-04206 (EDL)
    CORPORATION, LLC,             )
14                                )
                  Plaintiff,      )   **STIPULATION TO EXTEND THE**
15       v.                       )   **TIME TO ANSWER OR OTHERWISE**
                                  )   **RESPOND**
16  FINISAR CORPORATION,          )
                                  )
17                Defendants.     )
                                  )
18                                )
                                  )
19  _____  )

20

21

22

23

24

25

26

27

28

1  **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff
2  COMCAST CABLE COMMUNICATIONS CORPORATION, LLC and Defendant FINISAR
3  CORPORATION, that the time for Defendant to answer or otherwise respond with respect to
4  Plaintiff's complaint is extended to August 31, 2006.
5
6
7           IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD
8  Dated: 7-27-06           By: /s/
9                               David J. Silbert
                                KEKER & VAN NEST, LLP
10                              Attorneys for Plaintiff
                                Comcast Cable Communications Corp.
11
12
13 Dated: July 27, 2006      By: /s/
                                George Tacticos
14                              MORGAN & FINNEGAN, LLP
                                Attorneys for Defendant
15                              Finisar Corp.
16
17 Of Counsel:
18
   John F. Sweeney
19 Gerard A. Haddad
   MORGAN & FINNEGAN, LLP
20 3 World Financial Center
   New York, NY 10281-2101
21 Telephone: 212-415-8700
22 Facsimile: 212-415-8701
23 Amanda Groves
   Leda M. Mouallem
24 WINSTON & STRAWN, LLP
25 101 California Street
   San Francisco, California 94111-5802
26 Telephone: 415-591-1000
   Facsimile: 415-591-1400
27
28 Attorneys for Defendant Finisar Corp.

2
STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND
Case No. C 06-04206 (EDL)
1008588 v1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2006          By: /s/ Elizabeth D. Laporte
                              _____
                              ELIZABETH D. LAPORTE
                              UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*