John F. Sweeney (appearance *pro hac vice*)
Gerard A. Haddad (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816

Attorneys for Defendant
FINISAR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>FINISAR CORPORATION,<br><br>　　　　Defendants. | Case No. C 06-04206 (EDL)<br><br>**SECOND STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff COMCAST CABLE COMMUNICATIONS CORPORATION, LLC and Defendant FINISAR CORPORATION that in order to facilitate negotiations between plaintiff and defendant, the time for defendant to answer or otherwise respond with respect to plaintiff's corrected complaint is extended to September 15, 2006.

### IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: August 30, 2006     By: /s/
David J. Silbert
KEKER & VAN NEST, LLP
Attorneys for Plaintiff
Comcast Cable Communications Corp.

Dated: August 30, 2006     By: /s/
John F. Sweeney (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
Attorneys for Defendant
Finisar Corp.

**Signature Attestation**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: August 30, 2006     By: /s/
John F. Sweeney (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
Attorneys for Defendant
Finisar Corp.

2
SECOND STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND
Case No. C 06-04206 (EDL)
1014547 v1

Of Counsel:

Amanda Groves
Leda M. Mouallem
WINSTON & STRAWN, LLP
101 California Street
San Francisco, California 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant Finisar Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 30, 2006_    By: _____
                                ELIZABETH D. LAPORTE
                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

---

3

SECOND STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND
Case No. C 06-04206 (EDL)
1014547 v1