<strong>United States District Court</strong><br/>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>    Defendant. | No. C 06-04206 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE** |

   Good cause not shown, the Court **DENIES** the parties' stipulation to continue the hearing on defendant's motion to dismiss and the case management conference to November 30, 2006. Said hearing and conference shall remain on **NOVEMBER 9, 2006, AT 8:00 A.M.** A joint case management statement is due on November 2, 2006.

   **IT IS SO ORDERED.**

Dated: October 17, 2006.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE