**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>FINISAR CORPORATION,<br><br>            Defendant.<br>                                                                    / | No. C 06-04206 WHA<br><br><br>**ORDER DENYING PARTIES'<br>STIPULATION RE SCHEDULE<br>FOR CLAIM CONSTRUCTION** |

In their Proposed Order Re Schedule for Claim Construction, the parties failed to specify a date by which the parties must file a Joint Claim Construction and Prehearing Statement. Accordingly, the parties' stipulation is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-04206 Comcast\deny markman schedule.wpd