KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
DAVID J. SILBERT - #173128
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
COMCAST CABLE COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-06-4206 WHA<br><br>[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

Wherefore, pursuant to this Court's Amended Case Management Order of November 13, 2006, the parties—Plaintiff Comcast Cable Communications, LLC ("Comcast") and Defendant Finisar Corporation ("Finisar")—have met and conferred regarding a briefing schedule leading up to the claim-construction hearing, which will be held on March 21, 2007, at 1:30 p.m.;

Wherefore the parties submitted on November 30, 2006 a proposed order stipulating to a briefing schedule, which was denied by the Court on December 5, 2006 for failure to include a date by which to file a Joint Claim Construction and Prehearing Statement;

Wherefore the parties subsequently met and conferred and stipulated to filing a Joint Claim Construction and Prehearing Statement no later than February 9, 2007;

In accordance with the stipulation of the parties, the briefing schedule shall be as follows:

1. The parties shall exchange a list of terms to be construed no later than January 17, 2007.
2. The parties shall exchange proposed constructions of the terms to be construed no later than January 31, 2007.
3. The parties shall file a Joint Claim Construction and Prehearing Statement no later than February 9, 2007.
4. Finisar shall file its opening brief no later than February 14, 2007.
5. Comcast shall file its opposition brief no later than February 28, 2007.
6. Finisar shall file its reply brief no later than March 7, 2007.

**IT IS SO ORDERED.**

Dated: December 8, 2006

_____
HONORABLE WILLIAM ALSUP
United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

---

1

[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
CASE NO. C-06-4206 WHA

385185.02