KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
DAVID J. SILBERT - #173128
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
akrishnan@kvn.com

Attorneys for Plaintiff
COMCAST CABLE COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-06-4206 WHA<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON MARCH 7, 2007**<br><br>Hearing Date: March 7, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup |

Plaintiff and Counterclaim Defendant, Comcast Cable Communications, LLC, hereby requests permission to bring into Courtroom 9 on March 7, 2007, the following equipment necessary for the technology tutorial in this case scheduled for 1:30 P.M. on that day:

- One laptop computer with computer mouse and portable hard drive;
- One projector;
- One screen;
- Various extension cords, audio and video cables, power strips.

Additionally, Comcast hereby stipulates to the previously filed ex parte application of Finisar Corporation to bring equipment into the courtroom for the tutorial. *See* Docket Items 65-67.

Dated: March 5, 2007                                KEKER & VAN NEST, LLP

By: /s/ Ajay S. Krishnan
AJAY S. KRISHNAN
Attorneys for Plaintiff COMCAST
CABLE COMMUNICATIONS, LLC

Defendant and Counterclaim Plaintiff, Finisar Corporation, hereby stipulates to this request.

Dated: March 5, 2007                                MORGAN & FINNEGAN, LLP

By: /s/ Danielle V. Tully
DANIELLE V. TULLY
Attorneys for Defendant
FINISAR CORPORATION

**PURSUANT TO STIPULATION, IT SO ORDERED**.

Dated: March 6, 2007                         _____
Honorable William H. Alsup
United States District Judge