IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | No. C 06-04206 WHA<br><br>**CLARIFICATION OF ORDER RE ATTORNEY'S FEES AND COSTS** |

　　　This order clarifies some portions of the order dated March 5, 2007, granting attorney's and expert's fees to plaintiff Comcast associated with Finisar's amendment of its preliminary infringement contentions.

　　　The detailed declaration breaking down attorney's and expert's time should be made in accordance with paragraph three of the order dated March 5, 2007. It should, however, contain two separate analyses. One should detail the actual time expended under current circumstances, with Finisar having filed its amended preliminary infringement contentions. The other should be an educated estimate of the attorney's and expert's time expended had Finisar timely filed all of its preliminary infringement contentions. Comcast will be awarded the difference between these two figures.

　　　The Court believes that by April 30, 2007, any impact of Finisar's amending its preliminary infringement contentions will have run its course. Accordingly, Comcast must file

its detailed declaration containing both analyses by **MAY 15, 2007**.  The deadline of March 19, 2007, from the prior order is hereby vacated.  The remainder of the process for recovering attorney's fees will be conducted as described in the prior order, for example defendant's opposition will be due 14 days after plaintiff files its declaration, and so on.

**IT IS SO ORDERED.**

Dated: March 7, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2