| | |
|---|---|
| 1 | |
| 2 | John F. Sweeney (appearance *pro hac vice*) |
| | Gerard A. Haddad (appearance *pro hac vice*) |
| 3 | Tod M. Melgar (appearance *pro hac vice*) |
| | Danielle V. Tully (appearance *pro hac vice*) |
| 4 | MORGAN & FINNEGAN, LLP |
| | 3 World Financial Center |
| 5 | New York, NY 10281-2101 |
| | Telephone: 212-415-8700 |
| 6 | Facsimile: 212-415-8701 |
| | jsweeney@morganfinnegan.com |
| 7 | ghaddad@morganfinnegan.com |
| | tmelgar@morganfinnegan.com |
| 8 | dtully@morganfinnegan.com |

KEKER & VAN NEST, LLP
Daralyn J. Durie - #169825
David J. Silbert - #173128
Ajay S. Krishnan - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
akrishnan@kvn.com

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Attorneys for Defendant
FINISAR CORPORATION

Attorneys for Plaintiff
COMCAST CABLE COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS CORPORATION**, | Case No. C-06-04206-WHA |
| Plaintiff and Counterclaim Defendant, | **STIPULATED JOINT REQUEST AND [PROPOSED] ORDER TO PERMIT PARTIES TO BRING EQUIPMENT INTO THE COURTROOM FOR THE 3/21/07 CLAIM-CONSTRUCTION HEARING** |
| v. | |
| **FINISAR CORPORATION**, | Date: March 21, 2007 |
| Defendant and Counterclaim Plaintiff. | Time: 1:30 p.m. |
| | Place: Courtroom: 9, 19th Floor |
| | Judge: The Hon. William Alsup |

---

**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER TO PERMIT PARTIES TO BRING EQUIPMENT INTO THE COURTROOM FOR THE 3/21/07 CLAIM-CONSTRUCTION HEARING**
Case No. C 06-04206 (WHA)

391866.01

Defendant and Counterclaim Plaintiff, Finisar Corporation, hereby requests permission to bring into Courtroom 9 on March 21, 2007, the following equipment necessary for the claim-construction hearing in this case scheduled for 1:30 P.M. on that day:

1. 2 laptops, each with a portable (wireless) mouse;
2. 1 projector;
3. 1 screen, with stand and skirt;
4. 1 set of speakers;
5. 1 video switch box and amplifier; and
6. Various extension cords, audio and video cables, and power strips.

Plaintiff and Counterclaim Defendant, Comcast Cable Communications, LLC, hereby requests permission to bring into Courtroom 9, for the same proceeding, the following necessary equipment:

1. 1 laptop, with a portable mouse;
2. 1 projector, with stand;
3. 1 screen, with stand and skirt;
4. 1 audio/visual cart;
5. 1 set of speakers;
6. 1 video switch box and amplifier;
7. Various extension cords, audio and video cables, and power strips; and
8. 2 easels

Each party also hereby stipulates to the other's request.

Dated: March 16, 2007  MORGAN & FINNEGAN, LLP

By: /s/ Tod M. Melgar
Tod. M. Melgar
Attorneys for Defendant FINISAR CORPORATION

Dated: March 16, 2007  KEKER & VAN NEST, LLP

By: /s/ Ajay S. Krishnan
Ajay S. Krishnan
Attorneys for Plaintiff COMCAST CABLE COMMUNICATIONS, LLC

**PURSUANT TO STIPULATION, IT SO ORDERED**.

Dated: March 19, 2007

_____
Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

---

**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER TO PERMIT PARTIES TO BRING EQUIPMENT INTO THE COURTROOM FOR THE 3/21/07 CLAIM-CONSTRUCTION HEARING**
Case No. C 06-04206 (WHA)

391866.01