IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant. | No. C 06-04206 WHA<br><br>**SCHEDULING ORDER REGARDING ANY MOTION TO RECUSE OR DISQUALIFY JUDGE** |

　　　The undersigned's former law firm, Morrison and Foerster LLP is counsel opposed to Finisar in a pending action in Delaware involving the same patent. Any motion to recuse or to disqualify based on this circumstance must be filed by **APRIL 2, 2007**.

　　**IT IS SO ORDERED.**

Dated: March 22, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE