United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   COMCAST CABLE COMMUNICATIONS            No. C 06-04206 WHA
     CORPORATION, a Delaware company
11
12            Plaintiff,
                                            **ORDER RE HEARING ON**
13      v.                                  **MOTION TO STAY**

14   FINISAR CORPORATION, a Delaware
     corporation,
15
              Defendant.
16   _____/

17          At the hearing on April 5, 2007, both sides should be prepared to address whether, even

18   if this action is ultimately stayed, Comcast should produce promptly for inspection all manuals,

19   schematics, software, and other documents as needed to determine whether the Comcast system

20   meets the various limitations of claim 16 under any and all of the competing constructions.

21   This minimum core of materials will be useful for planning and negotiation purposes even if the

22   case is stayed.

23

24          **IT IS SO ORDERED.**

25

26   Dated: March 26, 2007.                _____

27                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
28