| | |
|---|---|
| Daralyn J. Durie - #169825 | John F. Sweeney (appearance *pro hac vice*) |
| David J. Silbert - #173128 | Tod M. Melgar (appearance *pro hac vice*) |
| Ajay S. Krishnan - #222476 | Todd L. Fettig (appearance *pro hac vice*) |
| KEKER & VAN NEST, LLP | MORGAN & FINNEGAN, LLP |
| 710 Sansome Street | 3 World Financial Center |
| San Francisco, CA  94111-1704 | New York, NY 10281-2101 |
| Telephone:  (415) 391-5400 | Telephone:  212-415-8700 |
| Facsimile:  (415) 397-7188 | Facsimile:   212-415-8701 |
| ddurie@kvn.com | jsweeney@morganfinnegan.com |
| dsilbert@kvn.com | tmelgar@morganfinnegan.com |
| akrishnan@kvn.com | tfettig@morganfinnegan.com |

Attorneys for Plaintiff-Counterclaim Defendant *COMCAST CABLE COMMUNICATIONS, LLC*

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone:  415-318-8800
Facsimile:  415-676-5816
gtacticos@morganfinnegan.com

Attorneys for Defendant-Counterclaim Plaintiff *FINISAR CORPORATION*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-06-4206 WHA<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF DATE SET FORTH IN THE AMENDED CASE MANAGEMENT ORDER OF NOVEMBER 13, 2006** |

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND
THE EXPERT DISCOVERY CUT-OFF DATE SET FORTH IN
THE AMENDED CASE MANAGEMENT ORDER OF NOVEMBER 13, 2006
CASE NO. C-06-4206 WHA

405841.01

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Comcast Cable Communications, LLC ("Comcast") and Defendant Finisar Corporation, subject to the approval of the Court, that the expert discovery cut-off deadline set forth in the November 13, 2006 Amended Case Management Order (D.I. 41) is extended from November 23, 2007 (fourteen (14) calendar days after the deadline for expert reply reports) to December 6, 2007.  The extension will not disturb any of the other calendared dates for this case.

The reasons for this stipulation are as follows. There are nine (9) expert witnesses to be deposed by the parties. This would ordinarily have been difficult to accomplish in 14 calendar days. Complicating matters further however is that (1) the Thanksgiving holiday falls in the 14 day period, and (2) one of Comcast's expert witnesses is currently traveling in India and will remain unavailable for deposition until December 4, 2007; (the vacation was planned and paid for prior to his agreement to serve as an expert on this case).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: November 5, 2007        By: /s/
                                Ajay S. Krishnan
                                KEKER & VAN NEST, LLP
                                Attorneys for Plaintiff
                                Comcast Cable Communications Corp.


Dated: November 5, 2007        By: /s/
                                Tod M. Melgar (appearance *pro hac vice*)
                                MORGAN & FINNEGAN, LLP
                                Attorneys for Defendant
                                Finisar Corp.

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND
THE EXPERT DISCOVERY CUT-OFF DATE SET FORTH IN
THE AMENDED CASE MANAGEMENT ORDER OF NOVEMBER 13, 2006
CASE NO. C-06-4206 WHA

405841.01

1 **PURSUANT TO STIPULATION, IT SO ORDERED**.

3 Dated: __November 6, 2007_____          _____
4                                           Honorable William H. Alsup
                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND
THE EXPERT DISCOVERY CUT-OFF DATE SET FORTH IN
THE AMENDED CASE MANAGEMENT ORDER OF NOVEMBER 13, 2006
CASE NO. C-06-4206 WHA

405841.01