IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>    Defendant.<br>_____ / | No. C 06-04206 WHA<br><br>**ORDER REQUESTING VIEWS OF COUNSEL** |

    With respect to the November 27 letter from Finisar's counsel, the Court requests the views of Comcast's counsel with respect to the following: (1) which issues tendered on summary judgment are expressly and precisely tendered in the pending appeal and (2) which issues tendered on summary judgment are not implicated in the pending appeal.

    **IT IS SO ORDERED.**

Dated: November 28, 2007.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE