1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMCAST CABLE COMMUNICATIONS
CORPORATION, a Delaware Company,

       Plaintiff,

  v.

FINISAR CORPORATION, a Delaware
Corporation,

       Defendant.

_____/

No. C 06-04206 WHA

**ORDER PARTIALLY STAYING
ISSUES ON SUMMARY
JUDGMENT**

The Court has received plaintiff's response to the Court's solicitation of views of
counsel.  Briefing should proceed on the four issues that are not implicated by the pending
appeal in the Federal Circuit.  The remaining issues pending on appeal will be considered in due
course.

**IT IS SO ORDERED.**

Dated:  December 4, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE