IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMCAST CABLE COMMUNICATIONS CORPORATION, a Delaware company,

    Plaintiff,

  v.

FINISAR CORPORATION, a Delaware corporation,

    Defendant.

No. C 06-04206 WHA

**ORDER DENYING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

The Court has received plaintiff's corrected declarations in support of plaintiff's motion to seal certain documents. After reviewing the materials sought to be sealed, this order finds that only the few paragraphs in the expert report of Michael Wagner are entitled to submission under seal. The Court cannot see any "compelling reason" for sealing Exhibit 2, Comcast's Technical and Business Requirements, that would ultimately justify a closed court session if it were offered as evidence in trial. Vague and conclusory statements, such as "they contain highly sensitive information" (Krishnan Decl. 2), are insufficient to meet the standard prescribed by the Ninth Circuit. The Court is sympathetic to the parties desire to have internal documents submitted under seal, but the standards set forth by the Ninth Circuit must be upheld. Accordingly, only the relevant paragraphs in the expert report of Michael Wagner will be sealed. Plaintiff is instructed to refrain from filing any further motion to seal relating to this matter.

**IT IS SO ORDERED.**

Dated: December 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE