IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, a Delaware company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　Defendant.<br>　――――――――――――――――――/ | No. C 06-04206 WHA<br><br>**ORDER MODIFYING DENIAL OF MOTION TO SEAL** |

Due to the fact that the Court had not received its chambers copies of plaintiff's renewed administrative motion to seal and the declaration of Jack Birnbaum, the Court was not fully briefed regarding the confidential nature of Exhibit 2 of Ajay Krishnan's declaration. The Court was solely in possession of chambers copies for the corrected declarations of Ajay Krishnan and John Trinidad at the time of the order Doc. No. 143. Upon full review of the renewed motion, along with the declaration of Jack Birnbaum, plaintiff's motion to seal Exhibit 2 of Ajay Krsihnan's declaration and the relevant paragraphs of the expert report of Michael Wagner is **GRANTED**. No compelling reason has been given, however, for the four documents designated as confidential by defendant. Accordingly, these documents will not be filed under seal.

　　**IT IS SO ORDERED.**

Dated: December 14, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE