IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION,<br><br>Defendant. | No. C-06-04206 WHA (EDL)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

Following the settlement conference held on December 13, 2007, the parties shall promptly alert this Court of any ruling on the pending motion for summary judgment and of the Federal Circuit decision in Finisar Corporation v Direct TV. The parties shall contact this Court when it appears that a further settlement conference may be appropriate.

**IT IS SO ORDERED.**

Dated: December 17, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge