KEKER & VAN NEST, LLP
Daralyn J. Durie - #169825
David J. Silbert - #173128
Ajay S. Krishnan - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
akrishnan@kvn.com

Attorneys for Plaintiff
COMCAST CABLE COMMUNICATIONS, LLC

John F. Sweeney (appearance *pro hac vice*)
Tod M. Melgar (appearance *pro hac vice*)
Danielle V. Tully (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
jsweeney@morganfinnegan.com
ghaddad@morganfinnegan.com
tmelgar@morganfinnegan.com
dtully@morganfinnegan.com

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Attorneys for Defendant
FINISAR CORPORATION

Attorneys for Defendant
FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS CORPORATION,**<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>**FINISAR CORPORATION**,<br><br>Defendant and Counterclaim Plaintiff. | Case No. C 06-04206 WHA<br><br>**STIPULATED JOINT REQUEST AND [PROPOSED]** ~~[PROPOSED]~~ **ORDER REGARDING BRINGING EQUIPMENT INTO THE COURTROOM FOR THE 1/10/08 HEARING RE SUMMARY JUDGMENT**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |

1

Pursuant to Northern District of California General Order No. 58 IV.E., counsel who wish to use electronic devices in any courtroom must secure advance permission from the presiding judge. Defendant Finisar Corporation ("Finisar") and Plaintiff Comcast Cable Communications Corporation ("Comcast") hereby each request permission to bring into Courtroom 9 the following electronic devices for the summary judgment hearing on Thursday January 10, 2008 at 8:00 a.m.

- One laptop computer with computer mouse and portable hard drive;
- One projector;
- One screen;
- Various extension cords, a VGA cable and a power strip.

Dated: January 7, 2008                                                        WINSTON & SRAWN, LLP

By: /s/ Leda M. Mouallem
LEDA M. MOUALLEM
Attorneys for Defendant FINISAR
CORPORATION

Dated: January 7, 2008                                                        KEKER & VAN NEST, LLP

By: /s/ John E. Trinidad
JOHN E. TRINIDAD
Attorneys for Plaintiff COMCAST
CABLE COMMUNICATIONS, LLC

**PURSUANT TO STIPULATION, IT SO ORDERED**.

Dated: January 8, 2008

_____
Honorable William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

2
**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER REGARDING BRINGING EQUIPMENT INTO THE COURTROOM -- C 06-04206 WHA**

SF:192475.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| 1 | Of Counsel: |
| 2 | Amanda L. Groves |
| 3 | Leda M. Mouallem<br>WINSTON & STRAWN, LLP |
| 4 | 101 California Street<br>San Francisco, CA 94111-5802 |
| 5 | Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| 6 | |
| 7 | Attorneys for Defendant Finisar Corporation |

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

/s/ Leda M. Mouallem
 Leda M. Mouallem

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894