IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>    Defendant. | No. C 06-04206 WHA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

The final pretrial conference and trial currently scheduled for February 11, 2008, and March 3, 2008, respectively, are hereby **VACATED**. New pretrial conference and trial dates will be set at the case management conference on **MARCH 20, 2008 AT 11AM**.

**IT IS SO ORDERED.**

Dated: January 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE