Daralyn J. Durie - #169825
David J. Silbert - #173128
Ajay S. Krishnan - #222476
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
akrishnan@kvn.com

Attorneys for Plaintiff-Counterclaim
Defendant COMCAST CABLE
COMMUNICATIONS, LLC

John F. Sweeney (appearance *pro hac vice*)
Tod M. Melgar (appearance *pro hac vice*)
Todd L. Fettig (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
jsweeney@morganfinnegan.com
tmelgar@morganfinnegan.com
tfettig@morganfinnegan.com

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Attorneys for Defendant-Counterclaim
Plaintiff FINISAR CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-06-4206 WHA<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 20, 2008** |

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE THE
CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 20, 2008
CASE NO. C-06-4206 WHA

1130072 v1

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Comcast Cable Communications, LLC ("Comcast") and Defendant Finisar Corporation ("Finisar"), subject to the approval of the Court, that the case management conference scheduled for Thursday, March 20, 2008 be continued until Thursday, April 24, 2008, or such other date as the Court selects. The extension will not disturb any of the other calendared dates for this case.

The reasons for this stipulation are as follows. The Court's January 17, 2008 Order, ordered that a case management conference setting a new trial date should be held after the Federal Circuit's decision in the case of *Finisar Corporation v. The DirecTV Group, Inc.*, and set the conference for Thursday, March 20, 2008. As of today, the Federal Circuit has not yet issued its decision. The parties, however, expect that the Federal Circuit will likely issue its decision within the next month.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: March 14, 2008            By: __/s/_____
                                 David J. Silbert
                                 KEKER & VAN NEST, LLP
                                 Attorneys for Plaintiff
                                 Comcast Cable Communications Corp.


Dated: March 14, 2008            By: __/s/_____
                                 Tod M. Melgar (appearance *pro hac vice*)
                                 MORGAN & FINNEGAN, LLP
                                 Attorneys for Defendant
                                 Finisar Corp.

**Signature Attestation**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: March 14, 2008            By: _____

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE THE
CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 20, 2008
CASE NO. C-06-4206 WHA

1130072 v1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

A case management conference is set on ___April 24, 2008, at 11 AM___

Dated: 3/14/08   _____
                 Honorable William H. Alsup
                 United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

1130072 v1

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE THE
CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 20, 2008
CASE NO. C-06-4206 WHA