IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION, LLC, a Pennsylvania Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware Corporation,<br><br>      Defendant.<br>                             / | No. C 06-04206 WHA<br><br>**ORDER APPROVING STIPULATION AND COVENANT NOT TO SUE SUBJECT TO STATED CONDITION** |

The parties' stipulation and covenant not to sue is hereby **APPROVED**, except the Court will only retain jurisdiction to enforce the covenant for one year.

**IT IS SO ORDERED.**

Dated: May 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE