KEKER & VAN NEST, LLP
Daralyn J. Durie - #169825
David J. Silbert - #173128
Ajay S. Krishnan - #222476
John E. Trinidad - #250468
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
akrishnan@kvn.com
jtrinidad@kvn.com
Attorneys for Plaintiff
COMCAST CABLE COMMUNICATIONS, LLC

John F. Sweeney (appearance *pro hac vice*)
Tod M. Melgar (appearance *pro hac vice*)
Danielle V. Tully (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile:  212-415-8701
jsweeney@morganfinnegan.com
ghaddad@morganfinnegan.com
tmelgar@morganfinnegan.com
dtully@morganfinnegan.com

Attorneys for Defendant
FINISAR CORPORATION

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile:  415-676-5816
gtacticos@morganfinnegan.com

Attorneys for Defendant
FINISAR CORPORATION

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS CORPORATION,**<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>**FINISAR CORPORATION**,<br><br>Defendant and Counterclaim Plaintiff. | Case No. C 06-04206 WHA<br><br>**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER REGARDING BRINGING EQUIPMENT INTO THE COURTROOM FOR THE 7/3/08 HEARING RE SUMMARY JUDGMENT**<br><br>Date:  July 3, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |

1

STIPULATED JOINT REQUEST AND [PROPOSED] ORDER REGARDING BRINGING
EQUIPMENT INTO THE COURTROOM -- C 06-04206 WHA

SF:209066.2

Defendant Finisar Corporation ("Finisar") and Plaintiff Comcast Cable Communications Corporation ("Comcast") hereby each request permission to bring into Courtroom 9 the following electronic devices for the summary judgment hearing on Thursday July 3, 2008 at 8:00 a.m.

- One laptop computer with computer mouse and portable hard drive;
- One projector;
- One screen;
- Various extension cords, a VGA cable and a power strip
- Two easels and several poster boards.

The reason for the request is that counsel for both sides have demonstratives for display to the Court at the summary judgment hearing.

Dated:  June 30, 2008                                                       WINSTON & SRAWN, LLP

                                                                            By:  /s/ Leda M. Mouallem
                                                                                  LEDA M. MOUALLEM
                                                                                  Attorneys for Defendant FINISAR
                                                                                  CORPORATION


Dated:  June 30, 2008                                                       KEKER & VAN NEST, LLP

                                                                            By:  /s/ Ajay S. Krishnan
                                                                                  AJAY S. KRISHNAN
                                                                                  Attorneys for Plaintiff COMCAST
                                                                                  CABLE COMMUNICATIONS, LLC

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

 /s/ Leda M. Mouallem
    Leda M. Mouallem

**PURSUANT TO STIPULATION, IT SO ORDERED**.


Dated:  _____July 1, 2008._____         _____
                                              Honorable William H. Alsup
                                              United States District Judge



2
**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER REGARDING BRINGING EQUIPMENT INTO THE COURTROOM -- C 06-04206 WHA**

SF:209066.2