**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FINISAR CORPORATION,<br><br>    Defendant. | No. C 06-04206 WHA<br><br>**JUDGMENT** |

    For the reasons stated in the accompanying order granting Comcast's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Comcast Cable Communications Corp., and against Finisar Corp. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE